

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-88,531-01 AND -02

**EX PARTE JONATHAN GLEN JOHNSON, Applicant**

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. 1377007-A AND 1377006-A IN THE 263RD DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two offenses of aggravated robbery and sentenced to imprisonment.

This Court previously denied these two habeas applications without written order based on the trial court's findings of fact and conclusions of law. Applicant, through habeas counsel, suggests that this Court should reconsider the denials. This Court withdraws the prior denials of habeas corpus relief. This Court's independent review of the habeas record shows that Applicant is not entitled to

habeas relief. The habeas applications are denied. Copies of this order shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Filed:   September 18, 2019

Do not publish